Affirmed and Memorandum Opinion filed July 28, 2005









Affirmed and Memorandum Opinion filed July 28, 2005.

 

 

In The

 

Fourteenth Court of Appeals

_______________

 

NO. 14-04-00471-CR

_______________

 

STEPHEN FREDRICK BLACK, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

______________________________________________

 

On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 00CR0664

______________________________________________

 

M E M O R A N D U M  
O P I N I O N

 








Stephen
Frederick Black appeals the revocation of his post-conviction community
supervision on the ground that he was unable to comply with the conditions for
which his probation was revoked due to indigence and lack of transportation.  Appellant=s brief does not state a standard of
review or recognized ground for reversal of a judgment, and does not challenge
the sufficiency of the evidence to prove that he failed to comply with his
probation conditions.  See Tex. R. App. P. 38(h).  To the extent he is challenging the factual
sufficiency of the evidence supporting the revocation, his testimony that he
was unable to comply with conditions does not greatly outweigh the evidence in
the record that transportation was, in fact, available to him.  See, e.g., Vodochodsky v. State, 158
S.W.3d 502, 510 (Tex. Crim. App. 2005). 
Because appellant=s sole issue thus affords no basis for relief, it is
overruled and the judgment of the trial court is affirmed.

 

/s/        Richard H. Edelman

Justice

 

Judgment rendered
and Memorandum Opinion filed July 28, 2005.

Panel consists of
Justices Edelman, Seymore, and Guzman.

Do Not Publish C Tex.
R. App. P. 47.2(b).